UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 6, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:18CR00028-KJM
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JOSE ALFREDO VENTURA, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSE ALFREDO VENTURA__ , Case No. __2:18CR00028-KJM__ , Charge __8USC § 1326(a)(f)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- __ Release on Personal Recognizance

- ✔ Bail Posted in the Sum of $ __100,000.00__

    - __ Unsecured Appearance Bond

    - __ Appearance Bond with 10% Deposit

    - __ Appearance Bond with Surety

    - __ Corporate Surety Bail Bond

    - ✔ (Other)    __Pretrial conditions as stated on the record.__

The defendant to be released 03/07/2018 at 9:00 a.m. to Pretrial Services

Issued at __Sacramento, CA__ on __March 6, 2018__ at __3:22 pm__ .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court