HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
JOSE ALFREDO VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-028 KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| JOSE ALFREDO VENTURA, | JUDGE: Hon. Allison Claire |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Jose Alfredo Ventura, that the Special Conditions of Release (CR 22) in the above-encaptioned case be modified as follows:

12. CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

/ / /

/ / /

Stipulation and [Proposed] Order
to modify conditions of release
-1-

The Amended Special Conditions of Release are attached to this filing. United States Pretrial Service Officer Renee Basurto is in agreement with the modified condition of release.

DATED: May 14, 2018                Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Hannah R. Labaree*
                                   HANNAH R. LABAREE
                                   Assistant Federal Defender
                                   Attorney for JOSE ALFREDO VENTURA

DATED: May 14, 2018                MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Katherine T. Lydon*
                                   KATHERINE T. LYDON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the conditions of release be modified as specified above. All other conditions remain in full force.

Dated: May 14, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE